## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Condemnation of Land In | : | |
| Morrisville Borough, Bucks County, | : | |
| Pennsylvania Located at | : | |
| 22 Delaware Avenue | : | No. 143 C.D. 2020 |
| | : | |
| Tax Map Parcel No. 24-010-074 | : | |
| | : | |
| Appeal of: John Kliesh | : | |

**PER CURIAM**                               **O R D E R**

NOW, November 23, 2020, having considered Appellant's application for reargument, the application is denied.